IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LAKENYA RILEY                                                                                           PLAINTIFF

VS.                                              CASE NO. 1:14-CV-1016

EL DORADO SCHOOL BOARD, *et al.*                                                         DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed March 20, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 52). Judge Bryant recommends that Defendants' Motions for Sanctions (ECF Nos. 27 & 30) be granted. Judge Bryant states in his Report and Recommendation that Plaintiff failed to appear for her own deposition and has consistently failed to fully comply with this Court's orders to respond to written discovery. Judge Bryant recommends that the Court impose monetary sanctions in the amount of $1,777.91 (the cost to Defendants for Plaintiff's failure to appear for her deposition) or that this action be dismissed with prejudice for Plaintiff's failure to follow orders of the Court and failure to appear at her own deposition.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendants' Motions for Sanctions (ECF Nos. 27 & 30) should be and hereby are **GRANTED**. The Court finds that the dismissal of this action with prejudice is the appropriate sanction to be imposed in this case. Accordingly, Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 8th day of April, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge